IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAIRO LAINEZ-PADILLA,

    Plaintiff,

vs.                                       CASE NO. 4:16cv510-WS/CAS

STACY SHARP,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by submitting a civil rights complaint under 42 U.S.C. § 1983, ECF No. 1, on August 12, 2016. An Order was entered requiring Plaintiff to either pay the filing fee for this case or submit a properly completed motion requesting leave to proceed in forma pauperis. ECF No. 3. On August 29, 2016, Plaintiff submitted an in forma pauperis motion, ECF No. 4, but the motion was insufficient because the attachments did not reveal both deposits to Plaintiff's inmate bank account as well as canteen purchases. Another Order was entered on August 30, 2016, directing Plaintiff to supplement the motion with the appropriate documentation which would demonstrate Plaintiff's entitlement to in forma

pauperis status.  ECF No. 5.  Plaintiff's deadline to comply was September 23, 2016.  *Id.*  Nothing has been received from Plaintiff as of this date.

The Order specifically warned Plaintiff that failure to respond would result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court.  ECF No. 5.  This case should now be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to comply with Court Orders and for failure to prosecute and the pending motion requesting leave to proceed in forma pauperis, ECF No. 4, be **DENIED as insufficient.**

**IN CHAMBERS** at Tallahassee, Florida, on October 5, 2016.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.